1  QUIN DENVIR, Bar #049374
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  MICHAEL ANDREW GILL

   IN THE UNITED STATES DISTRICT COURT

   FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:97-Mj-02292 |
| Plaintiff, | ) | STIPULATION TO VACATE VIOLATION HEARING AND SCHEDULE STATUS CONFERENCE AND ORDER THEREON |
| v. | ) | |
| MICHAEL ANDREW GILL, | ) | Date:  May 18, 2005 |
| | ) | Time:  10:30 a.m. |
| Defendant. | ) | Judge: To Be Determined |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, STANLEY A. BOONE , Assistant United States Attorney, Counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, Counsel for Defendant Michael Andrew Gill, that the violation hearing scheduled for May 3, 2005 may be vacated and a status conference may be scheduled for May 18, 2005.  **The date presently set for violation hearing is May 2, 2005.  The requested date for status conference is May 18, 2005, at 10:30 a.m.**

    This request is made for the reason that Mr. Gill, who resides in the state of Tennessee, is suffering health problems which may limit his ability to travel and prevent him from appearing in California on the currently scheduled violation hearing date.  It is requested that a status conference be set for the scheduling of a new violation hearing date at a time Mr. Gill's physical problems are more clearly determined.

///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests
2   of justice, including but not limited to, the need for the period of time set forth herein for effective
3   defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

|   |   |
|---|---|
|   | McGREGOR W. SCOTT<br>United States Attorney |
|   | <u>AUSA Gappa has approved of his<br>electronic signature being placed here</u> |
| DATED: April 22, 2005 | By  /s/ David A. Gappa<br>DAVID A. GAPPA |
|   |   |
|   | QUIN DENVIR<br>Federal Public Defender |
| DATED: April 22, 2005 | By  /s/ Eric V. Kersten<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorney for Defendant<br>Michael Andrew Gill |

The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   May 2, 2005**           /s/ Lawrence J. O'Neill
b9ed48                      UNITED STATES MAGISTRATE JUDGE

Stipulation to Vacate Violation Hearing and Schedule
Status Conference and [Proposed] Order Thereon        2